Robert Mitchell (WSBN 37444)
Attorney at Law, PLLC
901 N. Monroe Street, Ste 356
Spokane, WA 99201
Telephone: 509-327-2224
Facsimile: 509-327-3374
Email: bobmitchellaw@yahoo.com

Attorney for Plaintiffs, Jason and Marlene Cohen

```
FILED_____LODGED
       RECEIVED
   JAN 2 5 2011
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
                        DEPUTY
```

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JASON H. COHEN and MARLENE COHEN, husband and wife and the marital community composed thereof,<br><br>Plaintiff,<br><br>v.<br><br>DYNAMIC STRATEGIES, INC., a Washington Corporation, and BRAD L. WILLIAMS, a Washington Attorney,<br><br>Defendants. | NO. 3:11-CV-5004-RJB<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL |

**COMES NOW** the parties and stipulating and agreeing to the entry of this Order of Dismissal, the Plaintiffs being represented by their attorney, Robert Mitchell, and the Defendant by its attorney, Brad Williams, the parties having stipulated and agreed to the entry of this order NOW, THEREFORE, it is hereby:

**OREDERED, ADJUDGED AND DECREED** that the claims of the Plaintiffs shall be and are hereby dismissed with prejudice and without an award of costs or attorney's fees. It is further:

MOTION AND ORDER OF DISMISSAL                 1                 Law Office of Robert Mitchell
                                                                901 N. Monroe, Suite 356
                                                                Spokane, WA 99201
                                                                (509) 327-2224   Fax 327-3374

11-CV-05004-ORD

**ORDERED, ADJUDGED AND DECREED** that the claims of the Defendant for or against the Plaintiffs and/or its counsel heretofore arising shall be and are hereby dismissed with prejudice and without an award of costs or attorney's fees.

**ENTERED** this 24 day of January, 2011.

_____
Judge/~~Magistrate~~

Presented by:

S//Robert Mitchell                           DATED: 1-24-2011
Robert Mitchell (WSBN 37444)
Attorney at Law, PLLC
901 N. Monroe Street, Ste 356
Spokane, WA 99201
Telephone: 509-327-2224
Facsimile: 509-327-3374
Email: bobmitchellaw@yahoo.com
Attorney for Plaintiffs

Notice of presentment waived:

S//Brad Williams                            DATED: 1-24-2011
Brad Williams (WSBN 18322)
Attorney at Law
621 W. Mallon Ave.
Suite 603
Spokane, WA 99201
Telephone: 509-456-5270
Facsimile: 509-456-5261
Attorney for Defendant

MOTION AND ORDER OF DISMISSAL         2         Law Office of Robert Mitchell
                                                901 N. Monroe, Suite 356
                                                Spokane, WA 99201
                                                (509) 327-2224    Fax 327-3374

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2011, I electronically filed the foregoing (Agreed Order of Dismissal With Prejudice and Without Costs) with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**Defendant**, through their attorney: **Brad Williams** at: 621 W. Mallon Ave Suite 603, Spokane, WA 99201;

Dated this    24th    day of January, 2011.

Respectfully submitted,

S/ Robert Mitchell
ROBERT MITCHELL (WSBA #37444)
ATTORNEY AT LAW, PLLC
901 North Monroe Street, Ste 251
Spokane, Washington 99201
Telephone: (509) 327-2224
Facsimile: (509) 327-3374
E-mail: bobmitchellaw@yahoo.com